**COURTROOM DEPUTY'S MINUTES**          **DATE:** June 28, 2006
**MIDDLE DISTRICT OF ALABAMA**          **DIGITAL RECORDING:** 10:40 - 10:50

    √ **ARRAIGNMENT**        ☐ **CHANGE OF PLEA**        ☐ **CONSENT PLEA**
    ☐ **RULE 44(c) HEARING**    ☐ **SENTENCING**

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker        **DEPUTY CLERK:** Joyce Taylor
**CASE NUMBER:** 2:06cr145-MEF                     **DEFENDANT NAME:** Melvin Allen
**AUSA:** Tommie Hardwick                          **DEFENDANT ATTORNEY:** Sam Walker

    **Type counsel** ( )Waived; ( )Retained; ( )CJA; (√)FPD
    ( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:**

**Interpreter present?** (√)NO; ( )YES   Name:

---

√ This is defendant's **FIRST APPEARANCE.**
√ **Financial Affidavit** executed. **ORAL MOTION** for appointment of Counsel.
√ **ORAL ORDER** appointing Federal Public Defender. Notice of Appearance to be filed.
☐ **WAIVER OF INDICTMENT** executed and filed.
☐ **INFORMATION** filed.
☐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.
**PLEA:**   √ **Not Guilty**
    ☐ **Guilty as to:**
        ☐ **Count(s):**
        ☐ **Count(s):**           ☐ **dismissed on oral motion of USA**
                              ☐ **to be dismissed at sentencing**
☐ Written plea agreement filed   ☐ **ORDERED SEALED**
☐ **ORAL ORDER** Accepting Guilty Plea and Adjudicating Defendant Guilty as to Counts _____.
√ **CRIMINAL TERM:**   9/11/06         √ **WAIVER OF SPEEDY TRIAL** filed.
            **DISCOVERY DISCLOSURE DATE:** 6/28/06
☐ **ORDER:** Defendant continued under ☐ same bond; ☐ summons; for:
        ☐ Trial on _____; ☐ Sentencing on _____
√ Defendant remanded to custody of U. S. Marshal
        ☐ Trial on _____; or ☐ Sentencing on _____
☐ Rule 44 Hearing:  ☐ Waiver of Conflict of Interest Form executed
        ☐ Defendant requests time to secure new counsel