**COURTROOM DEPUTY'S MINUTES**                    **DATE: July 17, 2006**

**MIDDLE DISTRICT OF ALABAMA**                    **Digital Recording: 3:45 - 3:46**

**<u>PRETRIAL CONFERENCE</u>**

**PRESIDING MAG. JUDGE. Susan Russ Walker**          **DEPUTY CLERK: Joyce Taylor**

**CASE NUMBER: 2:06cr145-MEF**          **DEFENDANT(S)   Melvin Allen**

| GOVERNMENT | <u>APPEARANCES</u> | DEFENDANT |
|---|---|---|
| | * | |
| Tommie Hardwick | * | Jennifer Hart |
| | * | |
| | * | |
| | * | |

❐ **DISCOVERY STATUS:**
    **Complete**

❐ **PENDING MOTION STATUS:**

❐ **PLEA STATUS:**
    **Defendant will enter Plea**
    **Plea notice to be filed on or before noon September 6, 2006**

❐ **TRIAL STATUS**
    **Trial - 1 day**

❐ **REMARKS:**