| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** August 21, 2006 |
| **MIDDLE DISTRICT OF ALABAMA** | **Digital Recording:** 3:50 - 3:51 |

**PRETRIAL CONFERENCE**

| | |
|---|---|
| **PRESIDING MAG. JUDGE.** Susan Russ Walker | **DEPUTY CLERK:** Joyce Taylor |
| **CASE NUMBER:** 2:06cr145-MEF | **DEFENDANT(S)** Melvin Allen |

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| Tommie Hardwick | * | Jennifer Hart |

☐ **DISCOVERY STATUS:**
   Complete

☐ **PENDING MOTION STATUS:**

☐ **PLEA STATUS:**
   Plea discussions - Will resolve with plea
   Notice of intent to change plea to be filed on or before noon on September 6, 2006

☐ **TRIAL STATUS**
   Trial time - ½ day

☐ **REMARKS:**