| | | |
|---|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** August 30, 2006 | |
| **MIDDLE DISTRICT OF ALABAMA** | **DIGITAL RECORDING:** 3:00 - 3:14 | |
| | **COURT REPORTER:** Jimmy Dickens | |

☐ **ARRAIGNMENT**   √ **CHANGE OF PLEA**   ☐ **CONSENT PLEA**
☐ **RULE 44(c) HEARING**   ☐ **SENTENCING**

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker   **DEPUTY CLERK:** Joyce Taylor
**CASE NUMBER:** 2:06cr145-MEF   **DEFENDANT NAME:** Melvin Allen
**AUSA:** Andrew Schiff   **DEFENDANT ATTORNEY:** Jennnifer Hart
Type counsel ( )Waived; ( )Retained; ( )CJA; ( √ )FPD
( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:** Joann Sellers
Interpreter present? ( √ )NO; ( )YES   Name:

---

☐ This is defendant's **FIRST APPEARANCE.**
☐ **Financial Affidavit** executed. **ORAL MOTION** for appointment of Counsel.
☐ **ORAL ORDER** appointing Federal Public Defender.  Notice of Appearance to be filed.
☐ **WAIVER OF INDICTMENT** executed and filed.
☐ **INFORMATION** filed.
☐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.
**PLEA:**   ☐ **Not Guilty**
  √ **Guilty as to:**
    √ **Count(s):**   1 of the Indictment
    ☐ **Count(s):**         ☐ dismissed on oral motion of USA
              ☐ to be dismissed at sentencing
☐ Written plea agreement filed   ☐ **ORDERED SEALED**
√ **ORAL ORDER Accepting Guilty Plea and Adjudicating Defendant Guilty as to Count 1 of the Indictment**
☐ **CRIMINAL TERM:**       ☐ **WAIVER OF SPEEDY TRIAL** filed.
      **DISCOVERY DISCLOSURE DATE:**
☐ **ORDER:** Defendant continued under ☐ same bond;  ☐ summons; for:
    ☐ Trial on _____; ☐ Sentencing on _____
√ **ORDER:** Defendant remanded to custody of U. S. Marshal for:
    ☐ Trial on _____; or ☐ Sentencing on _____
☐ Rule 44 Hearing:   ☐ Waiver of Conflict of Interest Form executed
      ☐ Defendant requests time to secure new counsel