# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON. MARK E. FULLER, PRESIDING     AT MONTGOMERY, AL

DATE COMMENCED: 11-21-06     AT: 10:35 a.m.
DATE COMPLETED: 11-21-06     AT: 10:45 a.m.

UNITED STATES OF AMERICA §
§
vs. § CR. NO. 2:06CR145-MEF
§
MELVIN ALLEN §

| GOVERNMENT | APPEARANCES: | DEFENDANT |
|---|---|---|
| Tommie B. Hardwick | | Jennifer Hart |

COURT OFFICIALS PRESENT:

Jimmy Dickens, Court Reporter     Jeffrey Lee, USPO
Barbara Wells, Law Clerk
Kelli Gregg, Courtroom Clerk

COURTROOM PROCEEDINGS:

( X ) **Sentencing**

10:35 a.m. - Court convenes.
Court states that defendant entered into a blind plea agreement.
Court will GRANT Government's Motion for Downward Departure for Acceptance of Responsibility, (Doc. #24).
Court sentences defendant and advises him of his right to an appeal.
Government asks that the Court not incorporate the forfeiture allegation in the indictment and asks that the Court dismiss the forfeiture allegation of the indictment.
Court will GRANT Government's requests and strike the forfeiture allegation from the indictment.
10:45 a.m. - Court is in recess.