```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF ALABAMA
                   NORTHERN DIVISION
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr145-MEF |
| | ) | |
| MELVIN ALLEN | ) | |

### MOTION TO RESCIND PRELIMINARY ORDER OF FORFEITURE

Comes now the United States of America by and through Leura G. Canary, United States Attorney, Middle District of Alabama, and John T. Harmon, Assistant United States Attorney, and moves this Court to rescind the Preliminary Order of Forfeiture stating as follows:

On October 2, 2006, this Court entered a Preliminary Order of Forfeiture forfeiting defendant's interest in the subject firearm to the United States.

On November 21, 2006, defendant was sentenced. At the sentencing hearing, the United States orally requested that the Court dismiss the forfeiture allegation from the indictment, on the grounds that the firearm was reported stolen and is not forfeitable.

On that same date, this Court orally approved the forfeiture allegation to be dismissed from the indictment.

In order to avoid further judicial expense, the United States submits that the Preliminary Order of Forfeiture should be rescinded and declared void *ab initio*.

A proposed Order is attached.

Respectfully submitted this 21st day of December, 2006.

                    FOR THE UNITED STATES ATTORNEY
                            LEURA G. CANARY

                    /s/John T. Harmon
                    John T. Harmon
                    Assistant United States Attorney
                    Bar Number: 7068-II58J
                    Office of the United States Attorney
                    Middle District of Alabama
                    One Court Square, Suite 201 (36104)
                    Post Office Box 197
                    Montgomery, Alabama 36101-0197
                    Telephone:(334) 223-7280
                    Facsimile:(334) 223-7560
                    E-mail: John.Harmon@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2006, I electronically filed the foregoing Motion to Rescind Preliminary Order of Forfeiture with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Tommie Hardwick** and **Jennifer Hart**.

                    /s/John T. Harmon
                    John T. Harmon
                    Assistant United States Attorney