IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cr-145-MEF |
| | ) | |
| MELVIN ALLEN | ) | |

### **ORDER**

Upon consideration of the United States' Motion to Rescind Preliminary Order of Forfeiture (Doc. # 27), and in light of this Court's oral Order on November 21, 2006 striking the forfeiture allegation from the indictment, it is hereby ORDERED as follows:

1. The Motion to Rescind Preliminary Order of Forfeiture (Doc. # 27) is GRANTED.

2. Upon good cause shown, the Preliminary Order of Forfeiture is VACATED.

DONE this the 22nd day of December, 2006.

　　　　　　　　　　　　　　　　　　　/s/ Mark E. Fuller
　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE